*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 24-BS-0849

In re JAMES M. LOOTS, ESQUIRE,

    Respondent.

A Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration Number:** 384763

FILED 10/24/2024
District of Columbia
Court of Appeals
Julio Castillo
Clerk of Court

**DDN**: 2021-D196
**BDN**: 24-PD-013

BEFORE: Beckwith, McLeese, and Deahl, Associate Judges.

### O R D E R
(FILED— October 24, 2024)

On consideration of the unopposed petition of the Board on Professional Responsibility ("Board") pursuant to D.C. Bar R. XI, § 13(c), to suspend respondent indefinitely based on disability, and Disciplinary Counsel's motion to file under seal, and it appearing that both respondent and Disciplinary Counsel agree hereto, it is

ORDERED that the Board's motion to file under seal is granted. It is

FURTHER ORDERED that James M. Loots is indefinitely suspended from the practice of law in the District of Columbia, effective immediately, and any pending matters are held in abeyance pursuant to D.C. Bar R. XI, § 13(c). It is

FURTHER ORDERED that respondent Loots's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14(g) and 16, relating to suspended attorneys. It is

FURTHER ORDERED that respondent Loots shall file an affidavit in compliance with D.C. Bar R. XI, § 14(g) with the court and the Board and shall serve a copy of the affidavit on Disciplinary Counsel.

**PER CURIAM**

A true Copy
Test:

Julio Castillo
Clerk of the District of Columbia Court of Appeals

BY _____
DEPUTY CLERK
Julio Castillo
Clerk of the District of Columbia
Court of Appeals

DISTRIC
430 E. STREET, N.W.
WASHINGTON DC 20001

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$000.97
01/28/2025 ZIP 20001
043M31247317
US POSTAGE

SELENA GANKASZ
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
OFFICE OF THE CLERK
333 CONSTITUTION AVE, NW
ROOM 5523
WASHINGTON, DC 20001