STATE OF MARYLAND, ss:

       I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that the foregoing is a full and true copy of the original Order in the case of <u>Attorney Grievance Commission of Maryland v. James Mason Loots</u>, AG No. 24, September Term, 2024 on deposit in the office of the Supreme Court of Maryland.

       IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the said Supreme Court of Maryland, this 13th day of January, 2025.

Clerk
Supreme Court of Maryland

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 17 2025

RECEIVED

ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

JAMES MASON LOOTS

\*  IN THE

\*  SUPREME COURT

\*  OF MARYLAND

\*  AG Docket No. 24

\*  September Term, 2024

## ORDER

Upon consideration of the parties' joint petition to transfer the Respondent to disability inactive status pursuant to Rules 19-736 and 19-737 and upon consideration of the motion to seal the joint petition, it is this 19th day of December 2024, by the Supreme Court of Maryland,

ORDERED that the joint petition is granted and the Respondent, James Mason Loots, is transferred to disability inactive status pending further order of the Court, and it is further

ORDERED that the Clerk of this Court shall remove the name of James Mason Loots from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b); and it is further

ORDERED that the motion to seal the joint petition is granted and the joint petition is sealed and is not subject to public inspection.



/s/ Matthew J. Fader
Chief Justice

Supreme Court of Maryland



Clerk's Office
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, MD 21401-1699

U.S. Court of Appeals
Selena Gancasz
Deputy Clerk
333 Constitution Avenue, NW
Washington, DC 20001

BALTIMORE MD  212
15 JAN 2025  PM 6  L

ZIP 21401
02 1W
0001401703 JAN 14 2025

$ 000.69